JPML FORM 1A                  DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ELI LILLY AND CO. (CEPHALEXIN MONOHYDRATE) PATENT LITIGATION

DOCKET NO. 326 -- ~~IN RE ELI LILLY AND CO. PATENT LITIGATION~~

| Date | No. Code | |
|---|---|---|
| 11/23/77 | 1 | MOTION, SUPPORTING BRIEF, SUPPORTING SCHEDULE, CERT. OF SVC. -- Zenith Laboratories, Inc.<br>  SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF NEW JERSEY<br>  SUGGESTED TRANSFEREE JUDGE: (ea) |
| 12/1/77 | | ORDER CHANGING NAME OF LITIGATION -- Notified involved counsel. (ea) |
| 12/1/77 | 2 | JOINDER IN MOTION -- H.L. Moore Drug Exchange & Levitt Industries, Inc. with certificate of service (emh) |
| 12/5/77 | | APPEARANCE -- EDWARD N. SHERRY, ESQ. for Eli Lilly and Co.<br>ALFRED B. ENGLEBERG, ESQ. for Zenith Laboratories, Inc.<br>SHELDON S. LUSTIGMAN, ESQ. for H. L. Moore Drug Exchange. (rew) |
| 12/9/77 | 3 | RESPONSE -- Eli Lilly & Co., w/cert. of service (cds) |
| 12/12/77 | | APPEARANCE -- Kenneth I. Sawyer, Esq. for Generix Drug Corp. (ea) |
| 12/12/77 | 4 | JOINDER IN MOTION TO TRANSFER -- Generix Drug Corp., w/cert. of svc. (ea) |
| 12/29/77 | | HEARING ORDER -- Setting A-1, A-2, A-3 for hearing -- Jan. 27, 1978 Miami, Florida |
| 1/18/78 | | WAIVERS OF ORAL ARGUMENT FOR 1/27/78 HEARING -- H.L. MOORE EXCHANGE by Sheldon S. Lustigman, Esq.<br>ZENITH LABORATORIES, INC. by Alfred B. Engelberg, Esq.<br>ELI LILLY & CO. by Edward N. Sherry, Esq.<br>GENERIX DRUG CORP. by Kenneth I. Sawyer, Esq. |
| 2/28/78 | | OPINION AND ORDER -- Denying transfer under §1407 -- Notified involved Judges and counsel (cds) |

JPML Form 1   O+O filed 2/28/78   446 F.Supp 242 (denied)

DOCKET NO. 326 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ELI LILLY AND CO. (CEPHALEXIN MONOHYDRATE) PATENT LITIGATION

CAPTION: ~~IN RE ELI LILLY AND CO. PATENT LITIGATION~~

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____    Consolidation Denied 2/28/78

Opinion and/or Order 2/28/78

Citation 446 F.Supp. 242

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Zenith Laboratories, Inc. v. Eli Lilly and Co. | N.J. Meanor | 77-1804 | ✓ | | | 2/28/78 |
| A-2 | Eli Lilly and Co. v. H.L. Moore Drug Exchange, A Division of/and Levitt Industries, Inc. | S.D.N.Y. Broderick | 77-Civ-5005 | | | | 2/28/78 denied |
| A-3 | Eli Lilly and Co. v. Generix Drug Corporation | S.D.FLA. Roettger | 77-4749-Civ-NCR | | | | 2/28/78 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 326 -- IN RE ELI LILLY AND CO. (CEPHALEXIN MONOHYDRATE)

PATENT LITIGATION

---

**ELI LILLY AND COMPANY**
Edward N. Sherry, Esquire
Dewey, Ballantine, Bushby,
  Palmer & Wood
140 Broadway
New York, New York  10005

**ZENITH LABORATORIES, INC.**
Alfred B. Engleberg, Esquire
Amster & Rothstein
90 Park Avenue
New York, New York  10016

**H. L. MOORE DRUG EXCHANGE, a Div.
  of/and Levitt Industries, Inc.**
Sheldon S. Lustigman, Esquire
Bass, Ullman & Lustigman
747 Third Avenue
New York, New York  10017

**GENERIX DRUG CORPORATION**
K. I. Sawyer, Esquire
Hodgson, Russ, Andrews, Woods
  & Goodyear
One Financial Plaza
Suite 2210
Ft. Lauderdale, Florida  33394

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
IN RE ELI LILLY AND CO. (CEPHALEXIN MONOHYDRATE) PATENT LIT.

DOCKET NO. 326 -- ~~IN RE ELI LILLY AND CO. PATENT LITIGATION~~

| Name of Party | Named as Party in Following Actions |
|---|---|
| Eli Lilly and Co. | A-1 |
| H. L. Moore Drug Exchange a division of/and Levitt Industries, Inc. | A-2 |
| Generix Drug Corp. | A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

p. 1